No. 552, Misc. MADDOX v. ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Court of Criminal Appeals of Texas. Certiorari denied.

No. 554, Misc. BILDERBACK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 557, Misc. McNEAIR v. BANMILLER, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 558, Misc. WALKER v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Herman L. Taylor, Samuel S. Mitchell* and *Arthur L. Lane* for petitioner. *George B. Patton,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 559, Misc. SHIPMAN v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 560, Misc. WILLIAMS v. MULCAHEY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied. *George W. Crockett, Jr.* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Carl H. Imlay* for respondent.

No. 561, Misc. BROWNER v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.